14215

CORLEY v. ATLANTIC LIFE INS. CO. (two cases)

(183 S. E., 596)

101

102

*Messrs. Thos. M. Boulware* and *Joseph L. Nettles,* for appellant,

*Messrs. Thomas, Lumpkin & Cain* and *Blatt & Fales,* for respondent,

February 3, 1936.

The opinion of the Court was delivered by MR. JUSTICE FISHBURNE.

After a careful examination of the record in this case, the Court is satisfied with the well-considered and able order of

his Honor, C. J. Ramage, Circuit Judge, which will be reported.

The judgment of the Court is, that all of the exceptions be dismissed, and that the judgment of the Circuit Court be, and the same hereby is, affirmed.

MR. CHIEF JUSTICE STABLER and MESSRS. JUSTICES CARTER, BONHAM and BAKER concur.